FILED

**CIV-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | *FOR COURT USE ONLY* |
|---|---|---|

NAME: Trung V. Nguyen

FIRM NAME:

STREET ADDRESS: 13101 Brookhurst Street

CITY: Garden Grove    STATE: CA    ZIP CODE: 92843

TELEPHONE NO.: 714-719-2474    FAX NO.:

E-MAIL ADDRESS: karaokesuperstore@yahoo.com

ATTORNEY FOR *(name):*

2024 DEC 26  PM 2:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY____ PD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: 411 W. 4th Street

MAILING ADDRESS: 411 W. 4th Street

CITY AND ZIP CODE: Santa Ana. CA. 92701

BRANCH NAME: Central District Court

PLAINTIFF/PETITIONER: Robert Mena

DEFENDANT/RESPONDENT: Trung Nguyen,

| **REQUEST FOR DISMISSAL** | CASE NUMBER:<br>8:24-cv-02416-DFM |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ x ] With prejudice    (2) [  ] Without prejudice
   b. (1) [  ] Complaint    (2) [  ] Petition
      (3) [  ] Cross-complaint filed by *(name):*              on *(date):*
      (4) [  ] Cross-complaint filed by *(name):*              on *(date):*
      (5) [  ] Entire action of all parties and all causes of action
      (6) [  ] Other *(specify):**

2. *(Complete in all cases except family law cases.)*
   The court [  ] did  [  ] did not  waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: 12/26/2024

Trung V. Nguyen

(TYPE OR PRINT NAME OF [  ] ATTORNEY  [ x ] PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed

► _(SIGNATURE)_

Attorney or party without attorney for:
[  ] Plaintiff/Petitioner    [ x ] Defendant/Respondent
[  ] Cross-Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date: _____

► _(SIGNATURE)_

(TYPE OR PRINT NAME OF [  ] ATTORNEY  [  ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[  ] Plaintiff/Petitioner    [  ] Defendant/Respondent
[  ] Cross-Complainant

4. [  ] Dismissal entered as requested  on *(date):*
5. [  ] Dismissal entered on *(date):*              as to only *(name):*
6. [  ] Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. [  ] Attorney or party without attorney notified  on *(date):*
   b. [  ] Attorney or party without attorney not notified. Filing party failed to provide
      [  ] a copy to be conformed    [  ] means to return conformed copy

Date: _____    Clerk, by _____ , Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

CIV-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: ROBERT MENA | CASE NUMBER: |
| DEFENDANT/RESPONDENT: TRUNG V. NGUYEN | 8:24-CV-02416-DFM |

---

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

---

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*

   a. ☐ not recovering anything of value by this action.

   b. ☐ recovering less than $10,000 in value by this action.

   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes   ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 12/26/2024

TRUNG V. NGUYEN
(TYPE OR PRINT NAME OF ☐ ATTORNEY  ☒ PARTY MAKING DECLARATION)

▶ _(signature)_
(SIGNATURE)

---

CIV-110 [Rev. January 1, 2013]       **REQUEST FOR DISMISSAL**                                    Page 2 of 2

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**   | Print this form | Save this form |     | Clear this form |